

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-12-00816-CV

Daniel A. **BASS,**
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-19911
The Honorable Mollee Bennett Westfall, Judge Presiding

## O R D E R

On February 4, 2014, appellee filed its Unopposed Second Motion for Extension of Time to File Brief. Appellee's brief was originally due on December 16, 2013. On December 19, 2013, we granted a 60-day extension of time and ordered the appellee's brief to be filed on or before February 14, 2014. Appellee now requests an additional 30-day extension due to delays in communicating with appellant due to his serious illness. The motion is GRANTED. Appellee's brief is due on or before March 17, 2014. If the appellee's brief is not filed by March 17, 2014, we will set the appeal "at issue," and it will be set for submission without an appellee's brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court